1  **MUSICK, PEELER & GARRETT LLP**
   333 South Hope Street, Suite 2900
2  Los Angeles, California 90071-3048
   Telephone (213) 629-7600
3  Facsimile (213) 624-1376

4  Lawrence A. Tabb (State Bar No. 141471)
     *l.tabb@musickpeeler.com*
5  Danica Lam (State Bar No. 266710)
     *d.lam@musickpeeler.com*
6
7  Attorneys for Defendants and Counterclaimants OHIO SECURITY INSURANCE COMPANY and AMERICAN FIRE AND CASUALTY COMPANY

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY,<br>                Plaintiff,<br>v.<br>CARSON MADRONA COMPANY, LLC; OHIO SECURITY INSURANCE COMPANY; AMERICAN FIRE AND CASUALTY COMPANY; and DOES 1 through 10, inclusive,<br>                Defendant.<br><br>CARSON MADRONA COMPANY, LLC,<br>                Counterclaimant.<br>v.<br>HARTFORD FIRE INSURANCE COMPANY,<br>                Counterclaim Defendant.<br><br>OHIO SECURITY INSURANCE COMPANY and AMERICAN FIRE AND CASUALTY COMPANY,<br>                Counter-Claimant.<br>v.<br>HARTFORD FIRE INSURANCE COMPANY, ACE PROPERTY & CASUALTY INSURANCE COMPANY and DAVID PEREZ,<br>                Counter-Defendants. | Case No. 3:23-cv-06259-VC<br><br>Judge:   Vince Chhabria<br><br>**REQUEST TO CONTINUE JULY 12, 2024 CASE MANAGEMENT CONFERENCE**<br><br>Complaint filed:   December 4, 2023<br>Trial Date:          TBD |

1   Ohio Security Insurance Company ("Ohio Security") and American Fire and Casualty
2   Company ("American Fire"), by and through their respective undersigned counsel, hereby
3   respectfully request that the court continue the Case Management Conference currently scheduled
4   for July 12, 2024 to July 19, 2024.
5   On July 5, 2024, the Court scheduled a Case Management Conference ("CMC") to discuss
6   whether a continuance of the case schedule is still necessary in light of underlying plaintiff's
7   representation that the record on appeal has already been prepared.  [ECF No. 40];
8   Lead counsel for Ohio Security and American Fire, Lawrence Tabb, came down with
9   Covid this week, July 8, 2024.  A short continuance of the CMC is respectfully requested so Mr.
10  Tabb can attend the CMC.

12  DATED:  July 10, 2024                    MUSICK, PEELER & GARRETT LLP

14                                            By:    */s/ Danica Lam*
                                                    Lawrence A. Tabb
15                                                  Attorneys for Defendants and Counterclaimants
                                                    OHIO SECURITY INSURANCE COMPANY
16                                                  and AMERICAN FIRE AND CASUALTY
                                                    COMPANY