# EXHIBIT 10

# OF HAZZARD DECLARATION

```
                                            FILED
                                       ALAMEDA COUNTY

                                          JUL 1 0 2023

                                    CLERK OF THE SUPERIOR COURT
                                    By_____
                                                            Deputy
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| GARY MOUNTAIN and SUSAN MOUNTAIN, | CASE NO.: RG 17857926 |
| Plaintiffs, | ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JEFFREY S. BRAND DEPARTMENT 22 |
| vs. | **SPECIAL VERDICT FORM** |
| DP ELECTRIC, et al., | Complaint Filed: April 24, 2017 |
| Defendants. | Trial Date: May 8, 2023 |
| _____/ | |
| DAVID LUIS PEREZ AND DONNA PEREZ, | |
| Cross-Complainants, | |
| vs. | |
| CARSON MADRONA COMPANY, LLC, et al., | |
| Cross-Defendants. | |
| _____/ | |
| AND RELATED CROSS-ACTIONS | |
| _____/ | |

**SPECIAL VERDICT FORM**

We, the jury, answer the questions submitted to us as follows:

1. Was Carson Madrona Company, LLC negligent?

   ____√____ Yes _____ No

- 1 -

**SPECIAL VERDICT FORM**
Case No.: RG 17857926

If your answer to Question **1** is "yes," then answer Question **2**. If your answer to Question **1** is "no," insert the number zero next to Carson Madrona Company, LLC's name in Question **11**, and answer Question **3**.

2. Was Carson Madrona Company, LLC's negligence a substantial factor in causing harm to David Perez?

     ____√____ Yes _____ No

3. Was James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak Management Company negligent?

     ____√____ Yes _____ No

If your answer to Question **3** is "yes," then answer Question **4**. If your answer to Question **3** is "no," insert the number zero next to James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak Management Company name in Question **11**, and answer Question **5**.

4. Was James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak Management Company's negligence a substantial factor in causing harm to David Perez?

     ____√____ Yes _____ No

5. Was Jeremy Blanchard negligent?

     _____ Yes ____√____ No

If your answer to Question **5** is "yes," then answer Question **6**. If your answer to Question **5** is "no," insert the number zero next to Jeremy Blanchard's name in Question **11**, and answer Question **7**.

6. Was Jeremy Blanchard's negligence a substantial factor in causing harm to David Perez?

     _____ Yes _____ No

- 2 -

SPECIAL VERDICT FORM
Case No.: RG 17857926

7. Was Stoneledge Furniture, LLC dba Ashley Furniture Homestore negligent?

   ____√____ Yes _____ No

If your answer to Question 7 is "yes," then answer Question 8. If your answer to Question 7 is "no," insert the number zero next to Stoneledge Furniture, LLC dba Ashley Furniture Homestore's name in Question 11, and answer Question 9.

8. Was Stoneledge Furniture, LLC dba Ashley Furniture Homestore's negligence a substantial factor in causing harm to David Perez?

   _____ Yes ____√____ No

9. Was David Perez Negligent?

   _____ Yes ____√____ No

If your answer to Question 9 is "yes," then answer Question 10. If your answer to Question 9 is "no," insert the number zero next to David Perez's name in Question 11 and skip Question 10.

10. Was David Perez's negligence a substantial factor in causing his own harm?

    _____ Yes _____ No

If you answered "yes" to any of the above Questions 2, 4, 6, or 8, then answer Questions 11 and 12. Otherwise, answer no further questions, and have the presiding juror sign and date this form.

11. What percentage of responsibility for David Perez's harm do you assign to the following? Insert a percentage only for those who received a "yes" answer in Questions 1, 3, 5, 7, or 9.

| | | |
|---|---|---|
| Carson Madrona Company, LLC | ____50____ | % (LL) |
| James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak Management Company | ____50____ | % (LL) |
| Jeremy Blanchard | ____0____ | % |
| Stoneledge Furniture, LLC dba Ashley Furniture Homestore | ____0____ | % (LL) |
| David Perez | ____0____ | % |
| | Total 100% | |

- 3 -

SPECIAL VERDICT FORM
Case No.: RG 17857926

12. What are David Perez's damages?

Do not reduce the damages based on the fault, if any, of David Perez or others.

    a.  Past Noneconomic Damages      $7,000,000

    b.  Future Noneconomic Damages    $13,500,000

TOTAL (ALL DAMAGES) FOR DAVID PEREZ    $20,500,000

13. What are Donna Perez's damages for the loss of her husband David's consortium?

    $5,000,000

Dated: _July 10, 2023_____    /Laura Leibowitz
    SIGNATURE OF FOREPERSON

    _Laura Leibowitz_____
    FOREPERSON (Print name)

- 4 -

SPECIAL VERDICT FORM
Case No.: RG 17857926

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

The undersigned certifies under the penalty of perjury under the laws of the State of California that I am over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. My business address is 775 San Diego Road, Berkeley, CA 94707. My electronic service address is sinjijian@comcast.net. On the date given below, I caused to be served the following documents on the following persons and in the manner listed below:

**[PROPOSED] JUDGMENT ON SPECIAL VERDICT**

☒ BY E-MAIL: this document is being served by electronic transmission only to counsel for all parties, at the email addresses they have provided, pursuant to California Code of Civil Procedure section 1010.6(e)(1), effective January 1, 2021, or an agreement. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this 4th day of August 2023.

_____
Susie Injijian

SEE ATTACHED SERVICE LIST.

- 5 -
**[PROPOSED] JUDGMENT ON SPECIAL VERDICT**

## SERVICE LIST

| | |
|---|---|
| Samuel L. Phillips, Esq.<br>Borton Petrini LLP<br>95 South Market Street, Suite 400<br>San Jose, CA 95113<br><br>**sphillips@bortonpetrini.com**<br>**davilucea@bortonpetrini.com**<br>**syoders@bortonpetrini.com** | Counsel for Defendant/Cross-Defendant/Cross-Complainant, Carson Madrona Company, LLC |
| Gustavo Pena, Esq.<br>Santana and Vierra<br>255 California Street, Suite 900<br>San Francisco, CA 94111<br><br>**Gustavo.Pena@libertymutual.com**<br>**Sandra.Stepisnik@libertymutual.com** | Counsel for Defendants/Cross-Defendants/Cross-Complainants James L. Krasne, as Trustee of the Guilford Glazer Trust of 1984 dba San Oak Management Company, and as Successor Trustee of the Diane Pregerson Glazer Survivor's Trust, and Defendant/Cross-Defendant Jeremy Blanchard |
| Jonathon J. Herzog, Esq.<br>Weston Herzog, LLP<br>550 N. Brand Blvd., Suite 1990<br>Glendale, CA 91203<br><br>**jherzog@westzog.com**<br>**tguedikian@westzog.com** | Counsel for Defendants/Cross-Defendants/Cross-Complainants, Stoneledge Furniture, LLC; Ashley Furniture Industries, Inc. |

- 6 -

**[PROPOSED] JUDGMENT ON SPECIAL VERDICT**

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ALAMEDA | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Rene C. Davidson Courthouse<br>1225 Fallon Street, Oakland, CA 94612 | **FILED**<br>Superior Court of California<br>County of Alameda<br>08/07/2023<br>Chad Finke, Executive Officer / Clerk of the Court<br>By: _____ Deputy<br>B. Mercado |
| PLAINTIFF/PETITIONER:<br>Gary Mountain et al | |
| DEFENDANT/RESPONDENT:<br>DP Electric et al | |
| **CERTIFICATE OF ELECTRONIC SERVICE CODE OF CIVIL PROCEDURE 1010.6** | CASE NUMBER:<br>RG17857926 |

I, the below named Executive Officer/Clerk of Court of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served one copy of the Judgment on Special Verdict entered herein upon each party or counsel of record in the above entitled action, by electronically serving the document(s) from my place of business, in accordance with standard court practices.

Anna Joy Monteleone
Michael Sullivan & Associates
amonteleone@sullivanattorneys.com

Christopher J. Nevis
Lewis Brisboie Bisgaard & Smith LLP
christopher.nevis@lewisbrisbois.com

James Otto Heiting
Heiting & Irwin
joheiting@heitingandirwin.com

Jonathon J. Herzog
WESTON HERZOG WENDEROFF LLP
jherzog@westzog.com

Nicole L Jones
Eltman, Eltman & Cooper PC
NJones@fmglaw.com

Samuel Phillips
Borton Petrini, LLP
sphillips@bortonpetrini.com

Susie Injijian
Injijian Law Office, APC
sinjijian@comcast.net

Chad Finke, Executive Officer / Clerk of the Court

Dated: 08/07/2023         By: _____
B. Mercado, Deputy Clerk

**CERTIFICATE OF ELECTRONIC SERVICE**
**CODE OF CIVIL PROCEDURE 1010.6**

# PROOF OF SERVICE

The undersigned certifies under the penalty of perjury under the laws of the State of California that I am over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein. My business address is 775 San Diego Road, Berkeley, CA 94707. My electronic service address is sinjijian@comcast.net. On the date given below, I caused to be served the following documents on the following persons and in the manner listed below:

**NOTICE OF ENTRY OF JUDGMENT**

☒ BY E-MAIL: this document is being served by electronic transmission only to counsel for all parties, at the email addresses they have provided, pursuant to California Code of Civil Procedure section 1010.6(e)(1), effective January 1, 2021, or an agreement. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this 7th day of August 2023.

Susie Injijian
Attorney for Cross-Complainants
DAVID LUIS PEREZ and DONNA PEREZ

SEE ATTACHED SERVICE LIST.

- 3 -
**NOTICE OF ENTRY OF JUDGMENT**

## SERVICE LIST

| | |
|---|---|
| Samuel L. Phillips, Esq.<br>Borton Petrini LLP<br>95 South Market Street, Suite 400<br>San Jose, CA 95113<br><br>**sphillips@bortonpetrini.com**<br>**davilucea@bortonpetrini.com**<br>**syoders@bortonpetrini.com** | Counsel for Defendant/Cross-Defendant/Cross-Complainant, Carson Madrona Company, LLC |
| Gustavo Pena, Esq.<br>Santana and Vierra<br>255 California Street, Suite 900<br>San Francisco, CA  94111<br><br>**Gustavo.Pena@libertymutual.com**<br>**Sandra.Stepisnik@libertymutual.com** | Counsel for Defendants/Cross-Defendants/Cross-Complainants James L. Krasne, as Trustee of the Guilford Glazer Trust of 1984 dba San Oak Management Company, and as Successor Trustee of the Diane Pregerson Glazer Survivor's Trust, and Defendant/Cross-Defendant Jeremy Blanchard |
| Jonathon J. Herzog, Esq.<br>Weston Herzog, LLP<br>550 N. Brand Blvd., Suite 1990<br>Glendale, CA 91203<br><br>**jherzog@westzog.com**<br>**tguedikian@westzog.com** | Counsel for Defendants/Cross-Defendants/Cross-Complainants, Stoneledge Furniture, LLC; Ashley Furniture Industries, Inc. |

- 4 -

**NOTICE OF ENTRY OF JUDGMENT**