JOINT APPENDIX 00025

# EXHIBIT 2

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:        CARSON MADRONA COMPANY, LLC
                        ATTN: BILL NEIMAN

POLICY NUMBER:          BLS 56862638

POLICY DATES:           08-31-2015 TO 08-31-2016

Alex Emerton, archivist of

Ohio Security Insurance Company   has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.

Alex Emerton
Policy Copy Archivist

October 5, 2022



**Policyholder    Information**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| CARSON MADRONA COMPANY, LLC<br>ATTN: BILL NEIMAN<br>9440 Santa Monica Blvd Ste 610<br>Attn Bill Neiman<br>Beverly Hills, CA 90210 | (818) 933-2700<br>MOMENTOUS INSURANCE BROKERS INC<br>5990 SEPULVEDA BLVD STE 550<br>VAN NUYS, CA 91411-2536 |



### Dear Policyholder:

We know you work hard to build your business. We work together with your agent,
**MOMENTOUS INSURANCE BROKERS INC     (818) 933-2700**
to help protect the things you care about. Thank you for selecting us.



THIS IS
NOT A
BILL

Your
Commercial
Documents

Enclosed are your insurance documents consisting of:

- General Liability

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (818) 933-2700



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (818) 933-2700
- In case of a claim, call your Agent or 1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 20 01 08

**Ohio Security-American Fire 00002**

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 89 86 06 15 | Important Notice To Policyholders Concerning Exclusions For Contracting Exposures |
| NP 91 89 02 13 | Important Information Consumer Affairs Policyholder Notice |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

**Ohio Security-American Fire 00003**



08/27/15

CARSON MADRONA COMPANY, LLC
ATTN: BILL NEIMAN
9440 Santa Monica Blvd Ste 610
Beverly Hills, CA 90210

BLS (16)  56 86 26 38
From 08/31/2015 To 08/31/2016



(818) 933-2700
MOMENTOUS INSURANCE BROKERS INC

5990 SEPULVEDA BLVD STE 550
VAN NUYS, CA 91411-2536

## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
|---|---|---|
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

〔A〕ny act that is certified by the Secretary 〔of the Treasury〕, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

**(i)** to be an act of terrorism;

NP 72 42 01 15                © 2015 Liberty Mutual Insurance                Page 1 of 2

**Ohio Security-American Fire 00004**

   **(ii)** to be a violent act or an act that is dangerous to -
- **(I)** human life;
- **(II)** property; or
- **(III)** infrastructure;

   **(iii)** to have resulted in damage within the United States, or outside of the United States in the case of -
- **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
- **(II)** the premises of a United States mission; and

   **(iv)** to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO**

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOV-ERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWL-EDGMENT, AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy.**

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐   I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

Policyholder/Applicant's   Signature       Print Name       Date Signed

_____    _____    _____

Named Insured                 Policy Number

CARSON MADRONA COMPANY, LLC      BLS (16)  56 86 26 38
ATTN: BILL NEIMAN

Policy Effective/Expiration Date

From 08/31/2015 To 08/31/2016

**IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:**

        Attn: Commercial Lines Division - Terrorism
        PO Box 66400
        London, KY 40742-6400

**Note:** Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions you may have to your insurance agent.

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site - http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.

NP 74 44 09 06    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    Page 1 of 1

Ohio Security-American Fire 00006

NP 89 86 06 15

# IMPORTANT NOTICE TO POLICYHOLDERS CONCERNING EXCLUSIONS FOR CONTRACTING EXPOSURES

Dear Policyholder,

Thank you for selecting us as your carrier for your commercial liability insurance. This notice contains a brief summary of the potential coverage reductions that may have been made to your renewal policy.

The changes outlined below are organized by individual endorsements. Any of the endorsements described in this notice may have comparable state specific endorsements in lieu of the endorsements mentioned below. In those situations, the title of the state endorsements on your policy will generally be very similar to one or more titles mentioned in this notice. The changes described below would also apply to those state specific endorsements, unless noted otherwise. One or more of the exclusion endorsements described below may apply to your renewal policy. If a particular exclusion endorsement is not attached to your renewal policy, the changes described for that endorsement do not apply to you.

Please read your policy and review your declarations page for complete coverage information. No coverage is provided by this notice, nor can it be construed to replace any provisions of your policy. If there are discrepancies between your policy and this notice, the provisions of the policy shall prevail.

If you have any questions after reviewing this notice, please contact your independent agent.

1. **CG 21 65 12 04 Total Pollution Exclusion With A Building Heating, Cooling And Dehumidifying Equipment Exception And A Hostile Fire Exception**

   If CG 21 65 is made a part of your renewal policy, your coverage has been reduced as described below. If CG 21 65 is <u>not</u> made a part of your renewal policy, you may disregard the remainder of this paragraph.

   This endorsement eliminates coverage for bodily injury and property damage (including any loss, cost or expense) arising out of any pollution exposure. However, the exclusion contains exceptions that allow some coverage for liability arising out of:

   **a.** Building heating, cooling or dehumidifying equipment; or

   **b.** A hostile fire.

2. **CG 22 94 10 01 Exclusion - Damage To Work Performed By Subcontractors On Your Behalf**

   If CG 22 94 is made a part of your renewal policy, your coverage has been reduced as described below. If CG 22 94 is <u>not</u> made a part of your renewal policy, you may disregard the remainder of this paragraph.

   This endorsement removes coverage for damage to your work that arises out of work performed by a subcontractor.

3. **CG 88 75 12 08 Exclusion - Earth Movement**

   If CG 88 75 is made a part of your renewal policy, your coverage has been reduced as described below. If CG 88 75 is not made a part of your renewal policy, you may disregard the remainder of this paragraph.

   This endorsement excludes coverage for liability arising out of earth movement. Examples of earth movement include, but are not limited to earthquake, tremors, landslide, mudflow and various types of soil conditions.

4.  **CG 88 76 12 08 Exclusion - Earth Movement  Products/Completed  Operations  Hazard**

If CG 88 76 is made  a part of  your  renewal  policy,  your  coverage  has been  reduced  as described  below.  If CG 88 76 is <u>not</u> made  a part  of  your  renewal  policy,  you  may  disregard  the  remainder  of this paragraph.

This endorsement  excludes  coverage  for liability  arising  out of earth  movement  and included  in the product-completed  operations  hazard. Examples  of earth  movement  include,  but are not limited  to earthquake,  tremors,  landslide,  mudflow  and various  types  of soil conditions.



## IMPORTANT   INFORMATION

## Consumer  Affairs  - California

Because  of  the  complicated   nature  of  the  insurance  business,  there  may  be  times  when  you  will  have  questions  regarding  your  coverage  or  the  premium  charged,  or  a problem  may  occur  with  your  policy.  If  this  occurs  we  urge  you  to  contact  either  your  agent  or  broker  to  answer  your  question  or  resolve  your  problem.  However,  if  you  are  unable  to  receive  a satisfactory  answer  or  resolution  to  your  problem,  please  contact  us  directly:

American  Fire  and Casualty  Company
Ohio  Security  Insurance  Company
The  Ohio  Casualty  Insurance  Company
West  American  Insurance  Company

1-800-688-8661

If  you  are  still  not  satisfied,  you  may  contact  the  following   State  Agency:

## California  Department  of  Insurance

300  South  Spring  Street
Los  Angeles,  CA 90013

Toll  Free  Number:   1-800-927-HELP  (Calif.  only)

   ©   2013 Liberty Mutual Insurance

**Ohio Security-American Fire 00009**



**INSURANCE**

*Coverage Is Provided In:*
Ohio Security Insurance Company - a stock company

Policy Number:
**BLS   (16)  56 86 26 38**
Policy Period:
**From 08/31/2015 To 08/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Common Policy Declarations**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| CARSON MADRONA COMPANY, LLC<br>ATTN: BILL NEIMAN<br>9440 Santa Monica Blvd Ste 610<br>Attn Bill Neiman<br>Beverly Hills, CA 90210 | (818) 933-2700<br>MOMENTOUS INSURANCE BROKERS INC<br>5990 SEPULVEDA BLVD STE 550<br>VAN NUYS, CA 91411-2536 |

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** PROPERTY OWNER

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY  OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial General Liability** | REDACTED |

*Total Charges for all of the above coverage parts:* REDACTED    REDACTED
*Certified Acts of Terrorism Coverage:*    REDACTED

*Note: This is not a bill*

## IMPORTANT  MESSAGES

- This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.

- Notice: The Employment-Related Practices Exclusion CG 21 47 is added to this policy to clarify there is no coverage for liability arising out of employment-related practices. Please read this endorsement carefully.

| Servicing Office<br>and Issue Date | Central California<br>08/27/15 | |
|---|---|---|
| | | Authorized  Representative |

*To report a claim,  call  your Agent or  1-800-362-0000*

**DS 70 21 01 08**

**Ohio Security-American Fire 00010**



**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company - a stock company

Policy Number:
**BLS (16) 56 86 26 38**
Policy Period:
**From 08/31/2015 To 08/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

### Common Policy Declarations

| Named Insured | Agent |
|---|---|
| CARSON MADRONA COMPANY, LLC<br>ATTN: BILL NEIMAN | (818) 933-2700<br>MOMENTOUS INSURANCE BROKERS INC |

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CG 00 01 04 13 | Commercial General Liability Coverage Form - Occurrence |
| CG 03 00 01 96 | Deductible Liability Insurance |
| CG 21 06 05 14 | Exclusion - Access Or Disclosure Of Confidential Or Personal Information And Data-Related Liability - With Limited Bodily Injury Exception |
| CG 21 47 12 07 | Employment-Related Practices Exclusion |
| CG 21 65 12 04 | Total Pollution Exclusion with a Building Heating, Cooling and Dehumidifying Equipment Exception and a Hostile Fire Exception |
| CG 21 67 12 04 | Fungi or Bacteria Exclusion |
| CG 21 70 01 15 | Cap on Losses from Certified Acts of Terrorism |
| CG 21 76 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CG 24 26 04 13 | Amendment of Insured Contract Definition |
| CG 32 34 01 05 | California Changes |
| CG 84 99 01 12 | Non-Cumulation Of Liability Limits Same Occurrence |
| CG 88 10 04 13 | Commercial General Liability Extension |
| CG 88 60 12 08 | Each Location General Aggregate Limit |
| CG 88 77 12 08 | Medical Expense At Your Request Endorsement |
| CG 88 86 12 08 | Exclusion - Asbestos Liability |
| CG 90 41 01 13 | Amendment Of Coverage B Personal And Advertising Injury |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 09 08 | Nuclear Energy Liability Exclusion Endorsement (Broad Form) |
| IL 02 70 09 12 | California Changes - Cancellation and NonRenewal |
| LC 87 10 05 00 | Punitive or Exemplary Damages Exclusion |

In witness whereof, we have caused this policy to be signed by our authorized officers.

*Dexter R. Legg*

Dexter Legg
Secretary

*Paul Condrin*

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
**DS 70 21 01 08**



**Liberty Mutual**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company - a stock company

**Commercial General Liability**
**Declarations**

Basis: Occurrence

Policy Number:
**BLS (16) 56 86 26 38**
Policy Period:
**From 08/31/2015 To 08/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*



| Named Insured | Agent |
|---|---|
| CARSON MADRONA COMPANY, LLC | (818) 933-2700 |
| ATTN: BILL NEIMAN | MOMENTOUS INSURANCE BROKERS INC |

## SUMMARY OF LIMITS AND CHARGES

**Commercial General Liability Limits of Insurance**

| DESCRIPTION | LIMIT |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 500,000 |
| Medical Expense Limit (Any One Person) | 15,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| General Liability Schedule Totals | REDACTED |
| Certified Acts of Terrorism Coverage | REDACTED |

*Total Advance Charges:*    REDACTED

*Note: This is not a bill*

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 22 01 08**

**Ohio Security-American Fire 00012**



**Liberty Mutual INSURANCE**

**Coverage Is Provided In:**
Ohio Security Insurance Company - a stock company

**Commercial General Liability**
**Declarations Schedule**

Policy Number:
**BLS  (16)  56 86 26 38**
Policy Period:
**From 08/31/2015 To 08/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| CARSON MADRONA COMPANY, LLC<br>ATTN: BILL NEIMAN | (818) 933-2700<br>MOMENTOUS INSURANCE BROKERS INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION

*0001*  *6195 Coliseum Way*
*Also 6201 Coliseum Way*
*Oakland, CA 94621-4032*

**Insured:** CARSON MADRONA COMPANY, LLC

**CLASSIFICATION -** 68702
Warehouses - Occupied By Multiple Interests
(Lessor's Risk Only)
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER 1,000 | PREMIUM |
|---|---|---|---|
| Premise/Operations | 358,537 Square Feet Of Area | REDACTED | REDACTED |
| | | Total: | REDACTED |

*0002*  *Parcel 41-3912-8-3*
*Lots 1 and 2*
*OAKLAND,CA 94601*

**Insured:** CARSON MADRONA COMPANY, LLC

**CLASSIFICATION -** 49452
Vacant Land - Not For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | 1 Number of Acres | REDACTED | REDACTED |
| | | Total: | REDACTED |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**

Ohio Security-American Fire 00013

**Liberty Mutual INSURANCE**

| | |
|---|---|
| **Coverage Is Provided In:** Ohio Security Insurance Company - a stock company | Policy Number: **BLS (16) 56 86 26 38** |
| **Commercial General Liability Declarations Schedule** | Policy Period: **From 08/31/2015 To 08/31/2016** *12:01 am Standard Time at Insured Mailing Location* |

| Named Insured | Agent |
|---|---|
| CARSON MADRONA COMPANY, LLC ATTN: BILL NEIMAN | (818) 933-2700 MOMENTOUS INSURANCE BROKERS INC |

## SUMMARY OF CLASSIFICATIONS - BY LOCATION - continued

**0003** *Parcel 41-3910-2-1*
*Lot 3*
*OAKLAND,CA 94601*

**Insured:** CARSON MADRONA COMPANY, LLC

**CLASSIFICATION -** 49452
Vacant Land - Not For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | 1 Number of Acres | REDACTED | REDACTED |
| | | *Total:* | REDACTED |

**0004** *Parcel 41-3910-22*
*Lots 4 and 5*
*OAKLAND,CA 94601*

**Insured:** CARSON MADRONA COMPANY, LLC

**CLASSIFICATION -** 49452
Vacant Land - Not For Profit
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| COVERAGE DESCRIPTION | PREMIUM BASED ON - | RATED / PER EACH | PREMIUM |
|---|---|---|---|
| Premise/Operations | 1 Number of Acres | REDACTED | REDACTED |
| | | *Total:* | REDACTED |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 23 01 08**

**Ohio Security-American Fire 00014**



**Liberty Mutual®**
INSURANCE

*Coverage Is Provided In:*
Ohio Security Insurance Company - a stock company

**Commercial   General   Liability**
**Declarations   Schedule**

Policy Number:
**BLS   (16)   56 86 26 38**

Policy Period:
**From 08/31/2015 To 08/31/2016**
*12:01 am Standard Time*
*at Insured Mailing Location*

| Named Insured | Agent |
|---|---|
| CARSON MADRONA COMPANY, LLC<br>ATTN: BILL NEIMAN | (818) 933-2700<br>MOMENTOUS INSURANCE BROKERS INC |

## SUMMARY OF OTHER COVERAGE - continued

| COVERAGE DESCRIPTION | PREMIUM |
|---|---|
| **Commercial General Liability Schedule Total** | REDACTED |

*To report a claim,  call your Agent or  1-800-362-0000*

**DS 70 23 01 08**

COMMERCIAL GENERAL LIABILITY
CG 00 01 04 13

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM



Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

### COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section **II -** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II -** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00016**

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

**(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

**(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**Ohio Security-American Fire 00017**


56662638

00092

275

of  64

17

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**(ii)** "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

**(b)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**(c)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**(i)** Any insured; or

**(ii)** Any person or organization for whom you may be legally responsible; or

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of

**Ohio Security-American Fire 00018**

the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**Ohio Security-American Fire 00019**



**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00020**

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.



Ohio Security-American Fire 00022

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants";   or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording And Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**COVERAGE C - MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletics contests.

f. **Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

g. **Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

    a. All expenses we incur.

    b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

    e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

    f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

    a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    b. This insurance applies to such liability assumed by the insured;

    c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

    d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    f. The indemnitee:

        (1) Agrees in writing to:

            (a) Cooperate with us in the investigation, settlement or defense of the "suit";

            (b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

            (c) Notify any other insurer whose coverage is available to the indemnitee; and

            (d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and



© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00024**

**(2)** Provides us with written authorization to:

   **(a)** Obtain records and other information related to the "suit"; and

   **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

   **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

   **(1)** "Bodily injury" or "personal and advertising injury":

   **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   **(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

   **(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

   **(d)** Arising out of his or her providing or failing to provide professional health care services.

   **(2)** "Property damage" to property:

   **(a)** Owned, occupied or used by;

   **(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

   you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00025**



**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

  **(1)** With respect to liability arising out of the maintenance or use of that property; and

  **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

Ohio Security-American Fire 00026

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**Ohio Security-American Fire 00027**

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.** **Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.** **Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7.** **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8.** **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.** **When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.



**Ohio Security-American Fire 00028**

## SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

   (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

**Ohio Security-American Fire 00029**

**f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

**e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

**f.** The use of another's advertising idea in your "advertisement"; or

**g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**(1)** Products that are still in your physical possession; or

**(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

**(a)** When all of the work called for in your contract has been completed.

**(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

**(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

**(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

**(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

**(3)** Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**Ohio Security-American Fire 00031**



**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

POLICY NUMBER:                                                    COMMERCIAL GENERAL LIABILITY
                                                                 CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Coverage | Amount and Basis of Deductible | |
|---|---|---|
| | PER CLAIM    or | PER OCCURRENCE |
| Bodily Injury Liability | $ | $ |
| OR | | |
| Property Damage Liability | $ 5,000 | $ |
| OR | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $ | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

A. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

B. You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

  1. PER CLAIM BASIS. If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

    a. Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

    b. Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

    c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

Ohio Security-American Fire 00033



as the result of any one "occurrence".

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage", person includes an organization.

**2.** PER OCCURRENCE BASIS. If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

    **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

    **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

    **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

        **(1)** "Bodily injury";

        **(2)** "Property damage"; or

        **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

    **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

    **2.** Your duties in the event of an "occurrence," claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

     Copyright, Insurance Services Office, Inc., 1994     CG 03 00 01 96

**Ohio Security-American Fire 00034**

COMMERCIAL GENERAL LIABILITY
CG 21 06 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY - WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

However, unless Paragraph **(1)** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Ohio Security-American Fire 00035

COMMERCIAL  GENERAL LIABILITY
CG 21 47 12 07

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT  - RELATED PRACTICES EXCLUSION

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

**A.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section  **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance  does not apply to:

"Bodily injury"  to:

**(1)** A person  arising  out of any:

   **(a)** Refusal to employ  that person;

   **(b)** Termination  of that person's employ-ment; or

   **(c)** Employment-related  practices, poli-cies, acts or omissions,  such as coercion,  demotion,  evaluation, reassignment,  discipline,  defamation, harassment, humiliation,  discrimination  or malicious  prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence  of "bodily injury"  to that person at whom any of the employment-related  practices described in Paragraphs  **(a)**, **(b)**, or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether the injury-causing  event described in Paragraphs  **(a)**, **(b)** or **(c)** above occurs before employment,  during employment  or after employment  of that person;

**(2)** Whether the insured  may be liable  as an employer  or in any other capacity; and

**(3)** To any obligation  to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following  exclusion  is added to Paragraph  **2., Exclusions** of Section  **I - Coverage B - Personal And Advertising  Injury Liability:**

This insurance  does not apply to:

"Personal and advertising  injury"  to:

**(1)** A person  arising  out of any:

   **(a)** Refusal to employ  that person;

   **(b)** Termination  of that person's employ-ment; or

   **(c)** Employment-related  practices, poli-cies, acts or omissions,  such as coercion,  demotion,  evaluation, reassignment,  discipline,  defamation, harassment,  humiliation,  discrimination  or malicious  prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence  of "personal and advertising  injury"  to that person at whom  any of the employment-related  practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion  applies:

**(1)** Whether  the injury-causing  event described in Paragraphs  **(a)**, **(b)** or **(c)** above occurs before employment,  during employment  or after employment  of that person;

**(2)** Whether  the insured  may be liable  as an employer  or in any other capacity; and

**(3)** To any obligation  to share damages with or repay someone  else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

**Ohio Security-American Fire 00036**

COMMERCIAL  GENERAL  LIABILITY
CG 21 65 12 04

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOTAL POLLUTION  EXCLUSION  WITH  A BUILDING HEATING,  COOLING  AND DEHUMIDIFYING  EQUIPMENT EXCEPTION  AND A HOSTILE FIRE EXCEPTION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART

Exclusion  **f.** under Paragraph  **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability**  is replaced by the following:

This insurance  does not apply to:

**f.  Pollution**

**(1)**  "Bodily injury" or "property  damage"  which would  not have occurred  in whole  or part but for the actual, alleged or threatened discharge,  dispersal,  seepage,,  migration,  release or escape of "pollutants"  at any time.

This exclusion  does not apply to:

**(a)**  "Bodily  injury"  if sustained  within  a building  which  is or was at any time owned  or occupied  by, or rented  or loaned  to, any insured  and caused  by smoke,  fumes, vapor or soot produced by or originating  from equipment  that is used  to heat, cool or dehumidify  the building,  or equipment  that is used to heat water for personal  use, by the building's  occupants  or their  guest; or

**(b)**  "Bodily  injury"  or "property  damage" arising  out of heat, smoke  or fumes from a "hostile  fire"  unless that "hostile fire"  occurred  or originated:

**(i)**  At any premises,  site or location which  is or was at any time used by or for any insured  or others for the handling,  storage,  disposal,  processing  or treatment  of waste; or

**(ii)**  At any premises,  site or location on which  any insured  or any contractors  or subcontractors  working  directly  or indirectly  on any insured's behalf are performing  operations  to test for, monitor,  clean up, remove, contain,  treat, detoxify,  neutralize or in any way respond to, or assess the effects of, "pollutants".

**(2)**  Any loss, cost or expense arising out of any:

**(a)**  Request, demand, order or statutory  or regulatory requirement  that any insured or others test for, monitor,  clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants";  or

**(b)**  Claim or suit by or on behalf of a governmental  authority  for damages because of testing for, monitoring,  cleaning up, removing,  containing,  treating, detoxifying  or neutralizing,  or in any way responding  to, or assessing the effects of, "pollutants".

© ISO Properties,  Inc., 2003

**Ohio Security-American Fire 00037**

COMMERCIAL  GENERAL  LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI  OR BACTERIA  EXCLUSION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



**A.** The following  exclusion  is added to Paragraph  **2.** Exclusions  of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

    **2., Exclusions**

    This insurance  does not apply to:

    **Fungi or Bacteria**

    **a.** "Bodily injury" or "property  damage" which  would  not  have  occurred,  in whole  or in part,  but for the actual,  al- leged or threatened  inhalation  of, inges- tion of, contact  with,  exposure  to, exis- tence of, or presence  of, any "fungi"  or bacteria on or within  a building  or struc- ture,  including  its contents,  regardless of whether  any other  cause,  event,  ma- terial or product  contributed  concurrent- ly or in any sequence  to such injury  or damage.

    **b.** Any loss, cost or expenses  arising  out of the  abating,  testing  for,  monitoring, cleaning  up,  removing,  containing, treating,  detoxifying,  neutralizing,  re- mediating  or disposing  of, or in any way responding  to, or assessing  the effects of, "fungi"  or bacteria,  by any insured or by any other  person  or entity.

    This exclusion  does not apply to any "fungi" or bacteria  that are, are on, or are contained in, a good or product  intended  for bodily consumption.

**B.** The following  exclusion  is added to Paragraph  **2.** Exclusions  of **Section I - Coverage B - Personal And Advertising Injury Liability:**

    **2. Exclusions**

    This insurance  does not apply to:

    **Fungi or Bacteria**

    **a.** "Personal  and advertising  injury"  which would  not  have taken  place,  in whole  or in part,  but for the actual,  alleged  or threatened  inhalation  of, ingestion  of, contact  with,  exposure  to, existence  of, or presence  of any "fungi"  or bacteria on or within  a building  or structure,  in- cluding  its  contents,  regardless  of whether  any other  cause,  event,  mate- rial or product  contributed  concurrently or in any sequence  to such injury.

    **b.** Any loss, cost or expense  arising  out of the  abating,  testing  for,  monitoring, cleaning  up,  removing,  containing, treating,  detoxifying,  neutralizing,  re- mediating  or disposing  of, or in any way responding  to, or assessing  the effects of, "fungi"  or bacteria,  by any insured or by any other  person  or entity.

**C.** The following  definition  is added to the **Defini- tions** Section:

    "Fungi"  means any type or form of fungus,  in- cluding  mold or mildew  and any mycotoxins, spores,  scents  or by-products  produced  or re- leased by fungi.

©ISO Properties,  Inc., 2003

**Ohio Security-American Fire 00038**

COMMERCIAL  GENERAL LIABILITY
CG 21 70 01 15

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON  LOSSES FROM  CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
RAILROAD PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK  POLICY

**A.** If aggregate  insured  losses attributable  to terrorist acts certified  under  the federal Terrorism Risk Insurance  Act exceed $100 billion  in a calendar  year and we have met  our insurer deductible  under  the Terrorism  Risk Insurance Act, we shall  not be liable for the payment  of any portion  of the amount  of such losses that exceeds $100 billion,  and in such case insured  losses  up to that  amount  are subject  to pro rata allocation  in accordance with procedures  established  by the Secretary of the Treasury.

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance  Act for a "certified  act of terrorism"  include  the following:

**1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate, attributable  to all types of insurance  subject  to the Terrorism  Risk Insurance  Act; and

**2.** The act is a violent  act or an act that is dangerous  to human  life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce  the civilian  population  of the United States or to influence  the policy or affect  the conduct  of the United States Government  by coercion.

**B.** The terms and limitations  of any terrorism  exclusion, or the inapplicability  or omission  of a terrorism  exclusion,  do not serve  to create coverage  for injury  or damage  that is otherwise excluded  under this Coverage Part.

Ohio Security–American Fire 00039

COMMERCIAL  GENERAL LIABILITY
CG 21 76 01 15

THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION  OF PUNITIVE  DAMAGES
# RELATED TO A CERTIFIED  ACT OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
LIQUOR  LIABILITY  COVERAGE PART
OWNERS AND CONTRACTORS  PROTECTIVE LIABILITY  COVERAGE PART
POLLUTION  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS  LIABILITY  COVERAGE PART
RAILROAD  PROTECTIVE LIABILITY  COVERAGE PART
UNDERGROUND  STORAGE TANK POLICY

**A.** The following  exclusion  is added:

This insurance  does not apply to:

**TERRORISM  PUNITIVE  DAMAGES**

Damages  arising,  directly  or indirectly,  out of a "certified  act of terrorism"  that are awarded as punitive  damages.

**B.** The following  definition  is added:

"Certified  act of terrorism"  means an act that is certified  by the Secretary  of the Treasury, in accordance  with the provisions  of the federal Terrorism  Risk Insurance  Act, to be an act of terrorism  pursuant  to such Act. The criteria contained  in the Terrorism  Risk Insurance  Act for a "certified  act of terrorism"  include the following:

**1.** The act resulted  in insured  losses in excess of $5 million  in the aggregate,  attributable  to all types of insurance  subject to the Terrorism  Risk Insurance  Act; and

**2.** The act is a violent  act or an act that is dangerous  to human life, property  or infrastructure  and is committed  by an individual  or individuals  as part of an effort to coerce the civilian  population  of the United  States or to influence  the policy or affect the conduct  of the United  States Government  by coercion.

**C.** The terms and limitations  of any terrorism  exclusion,  or the inapplicability  or omission  of a terrorism  exclusion,  do not serve to create coverage  for injury  or damage that is otherwise  excluded  under this Coverage Part.

© Insurance  Services  Office, Inc., 2015

**Ohio Security-American Fire 00040**

COMMERCIAL  GENERAL  LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT  OF INSURED  CONTRACT  DEFINITION

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART
PRODUCTS/COMPLETED  OPERATIONS  LIABILITY  COVERAGE PART

The definition  of "insured  contract"  in the **Definitions** section is replaced by the following:

"Insured  contract"  means:

**a.** A contract  for a lease of premises. However,  that portion  of the contract  for a lease of premises  that indemnifies  any person or organization  for damage by fire to premises  while  rented to you or temporarily  occupied  by you with permission of the owner  is not an "insured  contract";

**b.** A sidetrack  agreement;

**c.** Any easement  or license agreement,  except in connection  with construction  or demolition  operations  on or within  50 feet of a railroad;

**d.** An obligation,  as required  by ordinance, to indemnify  a municipality,  except in connection  with work for a municipality;

**e.** An elevator  maintenance  agreement;

**f.** That part of any other contract  or agreement pertaining  to your business (including  an indemnification  of a municipality in connection  with work performed  for a municipality)  under which  you assume the tort liability  of another  party to pay for "bodily  injury"  or "property  damage" to a third  person or organization,  provided the "bodily  injury"  or "property damage"  is caused, in whole or in part, by you or by those acting on your behalf. However,  such part of a contract  or agreement  shall only be considered  an "insured  contract"  to the extent your assumption  of the tort liability  is permitted by law. Tort liability  means a liability  that would  be imposed  by law in the absence of any contract  or agreement.

Paragraph **f.** does not include  that part of any contract  or agreement:

**(1)** That indemnifies  a railroad  for "bodily  injury"  or "property  damage" arising  out  of  construction  or demolition  operations,  within  50 feet of any railroad  property  and affecting any railroad  bridge or trestle, tracks, road-beds,  tunnel,  underpass  or crossing;

**(2)** That indemnifies  an architect,  engineer  or surveyor  for injury or damage arising  out of:

**(a)** Preparing,  approving,  or failing to prepare  or approve,  maps, shop  drawings,  opinions,  reports,  surveys,  field  orders, change  orders or drawings  and specifications;  or

**(b)** Giving  directions  or instructions, or failing  to give them, if that is the primary  cause of the injury or damage;  or

**(3)** Under which  the insured,  if an architect,  engineer  or surveyor,  assumes liability  for an injury or damage arising  out of the insured's  rendering  or failure  to render  professional  services,  including  those listed  in **(2)** above  and supervisory,  inspection, architectural  or engineering  activities.

Ohio Security-American Fire 00041

COMMERCIAL  GENERAL LIABILITY
CG 32 34 01 05

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA  CHANGES

This endorsement  modifies  insurance  provided  under  the following:



    COMMERCIAL  GENERAL LIABILITY  COVERAGE PART
    ELECTRONIC DATA  LIABILITY  COVERAGE PART
    LIQUOR LIABILITY  COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY  COVERAGE PART
    POLLUTION  LIABILITY  COVERAGE PART
    PRODUCT WITHDRAWAL  COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY  COVERAGE PART
    UNDERGROUND  STORAGE TANK POLICY

The term "spouse"  is replaced  by the following:
Spouse or registered  domestic  partner under Cali-
fornia  law.

© ISO Properties,  Inc., 2004                         Page 1 of 1

**Ohio Security-American Fire 00042**

COMMERCIAL  GENERAL LIABILITY
CG 84 99 01 12

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-CUMULATION    OF LIABILITY LIMITS
# (SAME  OCCURRENCE)

This endorsement  modifies  insurance  provided  under  the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

The following   is added to Paragraph  **5.** under  **Section  III - Limits Of Insurance:**

Non-Cumulation   of Liability  - Same Occurrence - If one "occurrence"  causes "bodily  injury"  or "property
damage"  during  the policy  period  and during  the policy  period of one or more  prior,  or future,  general
liability  policies  issued  to you  by us, then  this policy's  Each  Occurrence  Limit  will be reduced  by the
amount  of each payment  made by us under the other policies  because of such "occurrence."

"For purposes  of this endorsement,  the term  "us" also includes  any other  company  that is or was part of
the Liberty Mutual  Agency  Corporation  division  of Liberty  Mutual  Group."

© 2011 Liberty Mutual Insurance. All rights reserved.
CG 84 99 01 12          Includes copyrighted material of Insurance Services Office, Inc., with its permission .          Page 1 of 1

**Ohio Security-American Fire 00043**

COMMERCIAL GENERAL LIABILITY
CG 88 10 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# COMMERCIAL GENERAL LIABILITY EXTENSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| NON-OWNED AIRCRAFT | 2 |
| NON-OWNED WATERCRAFT | 2 |
| PROPERTY DAMAGE LIABILITY - ELEVATORS | 2 |
| EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) | 2 |
| MEDICAL PAYMENTS EXTENSION | 3 |
| EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B | 3 |
| ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT | 3 |
| PRIMARY AND NON-CONTRIBUTORY- ADDITIONAL INSURED EXTENSION | 5 |
| ADDITIONAL INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS OF INSURANCE" | 6 |
| WHO IS AN INSURED - INCIDENTAL MEDICAL ERRORS/MALPRACTICE AND WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT EMPLOYEES | 6 |
| NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES | 7 |
| FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES | 7 |
| KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| LIBERALIZATION CLAUSE | 7 |
| BODILY INJURY REDEFINED | 7 |
| EXTENDED PROPERTY DAMAGE | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU | 8 |

With respect to coverage afforded by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**A. NON-OWNED AIRCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** exclusion **g. Aircraft, Auto Or Watercraft** does not apply to an aircraft provided:

**1.** It is not owned by any insured;

**2.** It is hired, chartered or loaned with a trained paid crew;

**3.** The pilot in command holds a currently effective certificate, issued by the duly constituted authority of the United States of America or Canada, designating her or him a commercial or airline pilot; and

**4.** It is not being used to carry persons or property for a charge.

However, the insurance afforded by this provision does not apply if there is available to the insured other valid and collectible insurance, whether primary, excess (other than insurance written to apply specifically in excess of this policy), contingent or on any other basis, that would also apply to the loss covered under this provision.

**B. NON-OWNED WATERCRAFT**

Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraph **(2)** of exclusion **g. Aircraft, Auto Or Watercraft** is replaced by the following:

This exclusion does not apply to:

**(2)** A watercraft you do not own that is:

**(a)** Less than 52 feet long; and

**(b)** Not being used to carry persons or property for a charge.

**C. PROPERTY DAMAGE LIABILITY - ELEVATORS**

**1.** Under Paragraph **2. Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability,** Subparagraphs **(3), (4)** and **(6)** of exclusion **j. Damage To Property** do not apply if such "property damage" results from the use of elevators. For the purpose of this provision, elevators do not include vehicle lifts. Vehicle lifts are lifts or hoists used in automobile service or repair operations.

**2.** The following is added to **Section IV - Commercial General Liability Conditions,** Condition **4. Other Insurance,** Paragraph **b. Excess Insurance:**

The insurance afforded by this provision of this endorsement is excess over any property insurance, whether primary, excess, contingent or on any other basis.

**D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage)**

If Damage To Premises Rented To You is not otherwise excluded from this Coverage Part:

**1.** Under Paragraph **2. Exclusions of Section I - Coverage A - Bodily Injury and Property Damage Liability:**

**a.** The fourth from the last paragraph of exclusion **j. Damage To Property** is replaced by the following:

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire, lightning, explosion, smoke, or leakage from an automatic fire protection system) to:

**(i)** Premises rented to you for a period of 7 or fewer consecutive days; or

**(ii)** Contents that you rent or lease as part of a premises rental or lease agreement for a period of more than 7 days.

Paragraphs **(1), (3)** and **(4)** of this exclusion do not apply to "property damage" to contents of premises rented to you for a period of 7 or fewer consecutive days.

A separate limit of insurance applies to this coverage as described in **Section III - Limits of Insurance.**

**Ohio Security-American Fire 00045**



**b.** The last paragraph of subsection **2. Exclusions** is replaced by the following:

Exclusions **c.** through **n.** do not apply to damage by fire, lightning, explosion, smoke or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to Damage To Premises Rented To You as described in **Section III - Limits Of Insurance.**

**2.** Paragraph **6.** under **Section III - Limits Of Insurance** is replaced by the following:

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to:

    **a.** Any one premise:

        **(1)** While rented to you; or

        **(2)** While rented to you or temporarily occupied by you with permission of the owner for damage by fire, lightning, explosion, smoke or leakage from automatic protection systems; or

    **b.** Contents that you rent or lease as part of a premises rental or lease agreement.

**3.** As regards coverage provided by this provision **D. EXTENDED DAMAGE TO PROPERTY RENTED TO YOU (Tenant's Property Damage) -** Paragraph **9.a.** of **Definitions** is replaced with the following:

**9.a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke, or leakage from automatic fire protection systems to premises while rented to you or temporarily occupied by you with the permission of the owner, or for damage to contents of such premises that are included in your premises rental or lease agreement, is not an "insured contract".

## E.  MEDICAL PAYMENTS EXTENSION

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Payments provided by this policy are amended as follows:

Under Paragraph **1. Insuring Agreement** of Section I - Coverage C - Medical Payments, Subparagraph **(b)** of Paragraph **a.** is replaced by the following:

**(b)** The expenses are incurred and reported within three years of the date of the accident; and

## F.  EXTENSION OF SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** Under **Supplementary Payments - Coverages A** and **B,** Paragraph **1.b.** is replaced by the following:

**b.** Up to **$3,000** for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**2.** Paragraph **1.d.** is replaced by the following:

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to **$500** a day because of time off from work.

## G.  ADDITIONAL INSUREDS - BY CONTRACT, AGREEMENT OR PERMIT

**1.** Paragraph **2.** under **Section II - Who Is An Insured** is amended to include as an insured any person or organization whom you have agreed to add as an additional insured in a written contract, written agreement or permit. Such person or organization is an additional insured but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused in whole or in part by:

**a.** Your acts or omissions, or the acts or omissions of those acting on your behalf, in the performance of your on going operations for the additional insured that are the subject of the written contract or written agreement provided that the "bodily injury" or "property damage" occurs, or the "personal and advertising injury" is committed, subsequent to the signing of such written contract or written agreement; or

©  2013 Liberty Mutual Insurance

**b.** Premises or facilities rented by you or used by you; or

**c.** The maintenance, operation or use by you of equipment rented or leased to you by such person or organization; or

**d.** Operations performed by you or on your behalf for which the state or political subdivision has issued a permit subject to the following additional provisions:

    **(1)** This insurance does not apply to "bodily injury", "property damage", or "personal and advertising injury" arising out of the operations performed for the state or political subdivision;

    **(2)** This insurance does not apply to "bodily injury" or "property damage" included within the "completed operations hazard".

    **(3)** Insurance applies to premises you own, rent, or control but only with respect to the following hazards:

        **(a)** The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoist away openings, sidewalk vaults, street banners, or decorations and similar exposures; or

        **(b)** The construction, erection, or removal of elevators; or

        **(c)** The ownership, maintenance, or use of any elevators covered by this insurance.

However:

**1.** The insurance afforded to such additional insured only applies to the extent permitted by law; and

**2.** If coverage provided to the additional insured is required by a contract or agreement, the insurance afforded to such additional insured will not be broader than that which you are required by the contract or agreement to provide for such additional insured.

With respect to Paragraph **1.a.** above, a person's or organization's status as an additional insured under this endorsement ends when:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

With respect to Paragraph **1.b.** above, a person's or organization's status as an additional insured under this endorsement ends when their written contract or written agreement with you for such premises or facilities ends.

With respects to Paragraph **1.c.** above, this insurance does not apply to any "occurrence" which takes place after the equipment rental or lease agreement has expired or you have returned such equipment to the lessor.

The insurance provided by this endorsement applies only if the written contract or written agreement is signed prior to the "bodily injury" or "property damage".

We have no duty to defend an additional insured under this endorsement until we receive written notice of a "suit" by the additional insured as required in Paragraph **b.** of Condition **2. Duties In the Event Of Occurrence, Offense, Claim Or Suit** under **Section IV - Commercial General Liability Conditions.**

© 2013 Liberty Mutual Insurance

**2.** With respect to the insurance provided by this endorsement, the following are added to Paragraph **2. Exclusions** under **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising from the sole negligence of the additional insured.

**b.** "Bodily injury" or "property damage" that occurs prior to you commencing operations at the location where such "bodily injury" or "property damage" occurs.

**c.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:



    **(1)** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

    **(2)** Supervisory, inspection, architectural or engineering activities.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering of, or the failure to render, any professional architectural, engineering or surveying services.

**d.** "Bodily injury" or "property damage" occurring after:

    **(1)** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

    **(2)** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

**e.** Any person or organization specifically designated as an additional insured for ongoing operations by a separate **ADDITIONAL INSURED -OWNERS, LESSEES OR CONTRACTORS** endorsement issued by us and made a part of this policy.

**3.** With respect to the insurance afforded to these additional insureds, the following is added to **Section III - Limits Of Insurance:**

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance:

**a.** Required by the contract or agreement; or

**b.** Available under the applicable Limits of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits of Insurance shown in the Declaratio ns.

## H. PRIMARY AND NON-CONTRIBUTORY ADDITIONAL INSURED EXTENSION

This provision applies to any person or organization who qualifies as an additional insured under any form or endorsement under this policy.

Condition **4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS** is amended as follows:

**a.** The following is added to Paragraph **a. Primary Insurance:**

If an additional insured's policy has an Other Insurance provision making its policy excess, and you have agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

**b.**  The following  is added to Paragraph  **b. Excess Insurance:**

When a written  contract  or written  agreement,  other  than a premises  lease, facilities  rental contract  or agreement,  an equipment  rental or lease contract  or agreement,  or permit  issued by a state or political subdivision  between  you and an additional  insured  does not require  this insurance  to be primary  or primary  and non-contributory,  this insurance  is excess  over any other  insurance  for which  the additional  insured  is designated  as a Named  Insured.

Regardless  of the written  agreement  between  you and an additional  insured,  this insurance  is excess over any other  insurance  whether  primary,  excess,  contingent  or on any other  basis for which  the additional  insured  has been added as an additional  insured  on other  policies.

## I.  ADDITIONAL  INSUREDS - EXTENDED PROTECTION OF YOUR "LIMITS  OF INSURANCE"

This provision  applies  to any person or organization  who qualifies  as an additional  insured  under  any form or endorsement  under  this policy.

**1.**  The following  is added to Condition  **2. Duties In The Event Of Occurrence, Offense, Claim or Suit:**

An additional  insured  under  this endorsement  will  as soon as practicable:

**a.**  Give written  notice  of an "occurrence"  or an offense  that may result  in a claim or "suit"  under this insurance  to us;

**b.**  Tender  the defense  and indemnity  of any claim or "suit"  to all insurers  whom  also have insurance  available  to the additional  insured;  and

**c.**  Agree to make available  any other  insurance  which  the additional  insured  has for a loss we cover  under  this Coverage  Part.

**d.**  We have no duty to defend  or indemnify  an additional  insured  under  this endorsement  until we receive  written  notice  of a "suit"  by the additional  insured.

**2.**  The limits  of insurance  applicable  to the additional  insured  are those  specified  in a written  contract or written  agreement  or the limits  of insurance  as stated in the Declarations  of this policy  and defined  in **Section III - Limits of Insurance**  of this policy,  whichever  are less. These limits  are inclusive  of and not in addition  to the limits  of insurance  available  under  this policy.

## J.  WHO IS AN INSURED - INCIDENTAL  MEDICAL  ERRORS / MALPRACTICE
## WHO IS AN INSURED - FELLOW EMPLOYEE EXTENSION - MANAGEMENT  EMPLOYEES

Paragraph  **2.a.(1)** of **Section II - Who Is An Insured**  is replaced  with  the following:

**(1)**  "Bodily  injury"  or "personal  and advertising  injury":

**(a)**  To you, to your  partners  or members  (if you are a partnership  or joint  venture),  to your  members  (if you are a limited  liability  company),  to a co-"employee"  while  in the course  of his or her employ-ment  or performing  duties  related  to the conduct  of your  business,  or to your  other  "volunteer workers"  while  performing  duties  related  to the conduct  of your  business;

**(b)**  To the spouse,  child,  parent,  brother  or sister  of that co-"employee"  or "volunteer  worker"  as a consequence  of Paragraph  **(1) (a)** above;

**(c)**  For which  there  is any obligation  to share damages  with  or repay someone  else who must  pay damages  because  of the injury  described  in Paragraphs  **(1) (a)** or **(b)** above; or

**(d)**  Arising  out of his or her providing  or failing  to provide  professional  health  care services.  However, if you are not in the business  of providing  professional  health  care services  or providing  profes-sional  health  care personnel  to others,  or if coverage  for providing  professional  health  care ser-vices  is not otherwise  excluded  by separate  endorsement,  this provision  (Paragraph  **(d)**) does not apply.

Paragraphs  **(a)** and **(b)** above do not apply to "bodily  injury"  or "personal  and advertising  injury"  caused by an "employee"  who is acting in a supervisory  capacity  for you. Supervisory  capacity  as used herein  means the "employee's"  job responsibilities  assigned  by you, includes  the direct  supervision  of other  "employ-ees" of yours.  However,  none of these  "employees"  are insureds  for "bodily  injury"  or "personal  and

CG 88 10 04 13     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     Page 6 of 8

**Ohio Security-American Fire 00049**

advertising injury" arising out of their willful conduct, which is defined as the purposeful or willful intent to cause "bodily injury" or "personal and advertising injury", or caused in whole or in part by their intoxication by liquor or controlled substances.

The coverage provided by provision **J.** is excess over any other valid and collectable insurance available to your "employee".

**K.  NEWLY FORMED OR ADDITIONALLY ACQUIRED ENTITIES**

Paragraph **3.** of **Section II - Who Is An Insured** is replaced by the following:

    **3.**  Any organization you newly acquire or form and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

        **a.**  Coverage under this provision is afforded only until the expiration of the policy period in which the entity was acquired or formed by you;

        **b.**  Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

        **c.**  Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

        **d.**  Records and descriptions of operations must be maintained by the first Named Insured.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations or qualifies as an insured under this provision.

**L.  FAILURE TO DISCLOSE HAZARDS AND PRIOR OCCURRENCES**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **6. Representations:**

Your failure to disclose all hazards or prior "occurrences" existing as of the inception date of the policy shall not prejudice the coverage afforded by this policy provided such failure to disclose all hazards or prior "occurrences" is not intentional.

**M.  KNOWLEDGE OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **2. Duties In The Event of Occurrence, Offense, Claim Or Suit:**

Knowledge of an "occurrence", offense, claim or "suit" by an agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or a person who has been designated by them to receive reports of "occurrences", offenses, claims or "suits" shall have received such notice from the agent, servant or "employee".

**N.  LIBERALIZATION CLAUSE**

If we revise this Commercial General Liability Extension Endorsement to provide more coverage without additional premium charge, your policy will automatically provide the coverage as of the day the revision is effective in your state.

**O.  BODILY INJURY REDEFINED**

Under **Section V - Definitions,** Definition **3.** is replaced by the following:

    **3.**  "Bodily Injury" means physical injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death that results from such physical injury, sickness or disease.

©  2013 Liberty Mutual Insurance

**Ohio Security-American Fire 00050**



**P.   EXTENDED PROPERTY DAMAGE**

**Exclusion a.** of **COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY** is replaced by the following:

    **a.   Expected Or Intended Injury**

       "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**Q.   WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US - WHEN REQUIRED IN A CONTRACT OR AGREEMENT WITH YOU**

Under **Section IV - Commercial General Liability Conditions,** the following is added to Condition **8. Transfer Of Rights Of Recovery Against Others To Us:**

We waive any right of recovery we may have against a person or organization because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard" provided:

    **1.**   You and that person or organization have agreed in writing in a contract or agreement that you waive such rights against that person or organization; and

    **2.**   The injury or damage occurs subsequent to the execution of the written contract or written agreement.

© 2013 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Ohio Security-American Fire 00051

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EACH LOCATION  GENERAL AGGREGATE  LIMIT

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE PART



**A.** For all sums which the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents  under **Section I - Coverage C Medical Payments,** which  can be attributed only to operations  at a single "location"  owned by or rented to you:

  **1.** A separate Each Location General Aggregate Limit applies to each "location",  and that limit is equal to the amount  of the General Aggregate  Limit shown  in the Declarations.

  **2.** The Each Location  General Aggregate  Limit is the most we will pay for the sum of all damages under Coverage **A,** except damages because of "bodily injury" or "property  damage" included in the "products-completed   operations  hazard", and for medical  expenses  under Coverage **C** regardless of the number  of:

  **a.** Insureds;

  **b.** Claims made or "suits"  brought;  or

  **c.** Persons or organizations  making claims or bringing  "suits".

  **3.** Any payments  made under Coverage **A** for damages  or under Coverage **C** for medical  expenses shall reduce the Each Location  General Aggregate  Limit for that "location".  Such payments  shall not reduce the General Aggregate  Limit shown in the Declarations  nor shall they reduce any other Each Location  General Aggregate  Limit for any other "location".

  **4.** The limits  shown  in the Declarations  for Each Occurrence,  Fire Damage and Medical  Expense continue  to apply. However,  instead of being subject to the General Aggregate  Limit shown in the Declarations,  such limits  will be subject to the applicable  Each Location  General Aggregate  Limit.

**B.** For all sums which the insured  becomes  legally  obligated  to pay as damages  caused by "occurrences" under **Section I - Coverage A - Bodily Injury And Property Damage Liability,** and for all medical expenses caused by accidents  under **Section I - Coverage C Medical Payments,** which  cannot be attributed only to operations  at a single "location"  owned by or rented to you:

  **1.** Any payments  made under Coverage **A** for damages  or under Coverage **C** for medical  expenses shall reduce the amount  available  under the General Aggregate  Limit or the Products-Completed Operations  Aggregate  Limit, whichever  is applicable;  and

  **2.** Such payments  shall not reduce any Each Location  General Aggregate  Limit.

**C.** When coverage for liability  arising out of the "products-completed   operations  hazard" is provided,  any payments  for damages  because of "bodily  injury" or "property  damage" included in the "products-completed  operations  hazard" will reduce the Products-Completed  Operations  Aggregate  Limit, and not reduce the General Aggregate  Limit nor the Each Location  General Aggregate  Limit.

**D.** For the purposes of this endorsement,  the following  definition  is added to **Section V - Definitions:**

"Location"  means premises  involving  the same or connecting  lots, or premises  whose connection  is interrupted  only by a street, roadway,  waterway  or right-of-way  of a railroad.

**E.** The provisions  of **Section III - Limits Of Insurance** not otherwise  modified  by this endorsement  shall continue  to apply as stipulated.

COMMERCIAL GENERAL LIABILITY
CG 88 77 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# MEDICAL EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following is added to **Section I - Coverage C - Medical Payments:**

If **Medical Payments** or **Medical Expenses** are not otherwise excluded from the policy, medical expenses will be paid only if an insured has requested that we pay such expenses.

Ohio Security-American Fire 00053

COMMERCIAL GENERAL LIABILITY
CG 88 86 12 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, either directly or indirectly out of the manufacture, storage, processing, mining, use, sale, installation, removal, disposal, distribution, handling, inhalation, ingestion, absorption, or existence of, exposure to or contact with asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

**2.** Any loss, cost or expense arising out of any:

   **a.** Request, demand, order, or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust; or

   **b.** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of asbestos, asbestos contained in goods, products or materials, asbestos fibers or asbestos dust.

**Ohio Security-American Fire 00054**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT   OF COVERAGE B PERSONAL AND  ADVERTISING  INJURY  LIABILITY

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL LIABILITY  COVERAGE PART

**A.** Paragraph  **1.** "Advertisement"    of **Section V - Definitions**  is replaced  by the following:

   **1.** "Advertisement"    means dissemination  of information   or images to the general public for the purpose of inducing  the sale of your goods,  products  or services  through:

      **a.** Radio; or

      **b.** Television;  or

      **c.** Billboard;  or

      **d.** Magazine;  or

      **e.** Newspaper;  or

      **f.** The internet;  or

      **g.** "Your  web site".

However, "advertisement"   does not include  the design, printed  material, information   or images  contained in, on or upon the packaging  or labeling  of any goods or products.

**B.** Subparagraph  **g.** of Paragraph  **14.** "Personal  and Advertising  Injury"  of **Section V - Definitions**  is replaced by the following:

   **g.** Infringing  upon another's  copyright  or slogan in your "advertisement".

**C.** The following   definition  "Your  web site" is added to **Section V - Definitions:**

"Your  web site" means a web page or set of interconnected   web pages prepared  and maintained  by you or on your behalf,  that is accessible  over the internet.

**D.** Exclusion  **i.** under Paragraph  **2., Exclusions**  of **Section I - Coverage  B - Personal And Advertising  Injury Liability**  is replaced  with  the following:

   **2. Exclusions**

      This insurance  does not apply to:

      **i.** **Infringement  Of Copyright, Patent, Trademark,  Trade Dress Or Trade Secret**

         "Personal and advertising  injury"  arising out of the infringement   of copyright,  patent, trademark, trade secret,  trade dress or other intellectual   property  rights. Under this exclusion,  such other intellectual   property  rights  do not include  the use of another's  advertising   idea in your "advertisement".

         However, this exclusion  does not apply to infringement,  in your "advertisement",   of copyright  or slogan.

© 2012 Liberty Mutual Insurance

**Ohio Security-American Fire 00055**

**IL 00 17 11 98**

# COMMON   POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium;  or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION   OF   YOUR   BOOKS   AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find;  and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful;  or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. PREMIUMS

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums;  and

2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

Copyright, Insurance Services Office, Inc., 1998

**Ohio Security-American Fire 00056**

JOINT INDEX 00082

If you die, your rights and duties under this policy will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Ohio Security-American Fire 00057

IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

## (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY



**1.** The insurance does not apply:

**A.** Under any Liability Coverage, to "bodily injury" or "property damage":

**(1)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(2)** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**B.** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**C.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**(1)** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**(2)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

© ISO Properties, Inc., 2007

**Ohio Security-American Fire 00058**

**(3)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

IL 00 21 09 08 © ISO Properties, Inc., 2007 Page 2 of 2

**Ohio Security-American Fire 00059**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:



CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraphs **2.** and **3.** of the **Cancellation** Common Policy Condition are replaced by the following:

**2.** **All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

**a.** 10 days before the effective date of cancellation if we cancel for:

**(1)** Nonpayment of premium; or

**(2)** Discovery of fraud by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**3.** **All Policies In Effect For More Than 60 Days**

**a.** If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00060**

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**B.** The following provision is added to the **Cancellation** Common Policy Condition:

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit, if such coverage is written under one of the following:

Commercial Property Coverage Part

Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

**a.** If such coverage has been in effect for 60 days or less, and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except as provided in **b.** and **c.** below.

**b.** We may not cancel this policy solely because the first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

**c.** We may not cancel such coverage solely because corrosive soil conditions exist on the premises. This restriction **(c.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

**(1)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

**(2)** Farm Coverage Part - Causes Of Loss Form - Farm Property, Paragraph **D.** Covered Causes Of Loss - Special.

© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00061**

**C.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

1. Subject to the provisions of Paragraphs **C.2.** and **C.3.** below, if we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

   We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

2. **Residential Property**

   This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit, if such coverage is written under one of the following:

   Commercial Property Coverage Part

   Farm Coverage Part - Farm Property - Farm Dwellings, Appurtenant Structures And Household Personal Property Coverage Form

   **a.** We may elect not to renew such coverage for any reason, except as provided in **b., c.** and **d.** below.

   **b.** We will not refuse to renew such coverage solely because the first Named Insured has accepted an offer of earthquake coverage.

   However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

   **(1)** The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;



**(2)** The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

**(3)** We have:

   **(a)** Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

   **(b)** Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

   the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

**c.** We will not refuse to renew such coverage solely because the first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority, that included an earthquake policy premium surcharge.

**d.** We will not refuse to renew such coverage solely because corrosive soil conditions exist on the premises. This restriction **(d.)** applies only if coverage is subject to one of the following, which exclude loss or damage caused by or resulting from corrosive soil conditions:

   **(1)** Commercial Property Coverage Part - Causes Of Loss - Special Form; or

   **(2)** Farm Coverage Part - Causes Of Loss Form - Farm Property, Paragraph **D.** Covered Causes Of Loss - Special.

**Ohio Security-American Fire 00062**

3. We are not required to send notice of nonrenewal in the following situations:

   **a.** If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

   **b.** If the policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph **C.1.**

   **c.** If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

   **d.** If the policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

   **e.** If the first Named Insured requests a change in the terms or conditions or risks covered by the policy within 60 days of the end of the policy period.

   **f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **C.1.,** to renew the policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

© Insurance Services Office, Inc., 2012

**Ohio Security-American Fire 00063**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

LC 87 10 05 00

# PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION



This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYEE BENEFITS COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS & CONTRACTORS PROTECTIVE COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROFESSIONAL COVERAGE PART

**A.** LIABILITY COVERAGE is changed by adding the following exclusion:

Regardless of any other provision of this policy, this policy does not apply to "punitive or exemplary damages" awarded against an "insured". However, if a suit is brought against an "insured" arising out of a claim which alleges both compensatory and "punitive or exemplary damages", we will defend the entire suit with the understanding that we pay only the compensatory damages.

**B.** ADDITIONAL DEFINITION

"Punitive or exemplary damages" include damages which are awarded to punish or deter wrongful conduct, to set an example, to fine, penalize or impose a statutory penalty, and damages which are awarded for any purpose other than as compensatory damages for "bodily injury" or "property damage".

LC 87 10 05 00

Page 1 of 1

**Ohio Security-American Fire 00064**

This page intentionally left blank.

Ohio Security-American Fire 00065