JOINT INDEX 00297

# EXHIBIT 10

Electronically Received 08/04/2023 11:26 AM

FILED
Superior Court of California
County of Alameda
08/07/2023
Chad Finke, Executive Officer / Clerk of the Court
By: _____ Deputy
B. Mercado

Susie Injijian, Esq. (SBN 128311)
INJIJIAN LAW OFFICE, APC
775 San Diego Road
Berkeley, CA 94707
Telephone: (510) 898-1478
Fax: (510) 898-1107
Email: sinjijian@comcast.net

Giorgio O. Panagos, Esq. (SBN 325892)
ULYSSES LAW, PC
707 Flores De Oro
South Pasadena, CA 91030
Telephone: (510) 220-1333
Email: giorgio@ulysseslaw.com

Attorneys for Cross-Complainant/Cross-Defendant,
DAVID LUIS PEREZ and Cross-Complainant
DONNA PEREZ

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| GARY MOUNTAIN and SUSAN MOUNTAIN,<br><br>    Plaintiffs,<br>vs.<br>DP ELECTRIC, et al.,<br><br>    Defendants.<br>_____/<br>DAVID LUIS PEREZ AND DONNA PEREZ,<br><br>    Cross-Complainants,<br>vs.<br>CARSON MADRONA COMPANY, LLC, et al.,<br><br>    Cross-Defendants.<br>_____/<br>AND RELATED CROSS-ACTIONS | **CASE NO.: RG 17857926**<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JEFFREY BRAND DEPARTMENT 22<br><br>**[PROPOSED] JUDGMENT ON SPECIAL VERDICT**<br><br>Complaint Filed: April 24, 2017<br>Trial Date: May 8, 2023 |

i
**[PROPOSED] JUDGMENT ON SPECIAL VERDICT**

ACE004920

This action came on regularly for trial commencing on May 8, 2023, in Department 22 of the Alameda County Superior Court, the Honorable Jeffrey S. Brand, Judge Presiding. Cross-Complainant/Cross-Defendant DAVID PEREZ and Cross-Complainant DONNA PEREZ appeared by attorneys Susie Injijian and Giorgio Panagos. Cross-Defendant/Cross-Complainant CARSON MADRONA COMPANY, LLC appeared by attorneys Samuel L. Phillips and Dennis Avilucea. Cross-Defendant/Cross-Complainant JAMES L. KRASNE, TRUSTEE OF THE GUILFORD GLAZER TRUST OF 1984 dba SANOAK MANAGEMENT COMPANY and THE DIANE PREGERSON GLAZER SURVIVOR'S TRUST dba SANOAK MANAGEMENT COMPANY (named in the special verdict form as "James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak Management Company"), and Cross-Defendant JEREMY BLANCHARD appeared by attorney Gustavo Pena. Cross-Defendant STONELEDGE FURNITURE LLC (named in the special verdict form as "Stoneledge Furniture, LLC dba Ashley Furniture Homestore") appeared by attorney Jonathon J. Herzog.

A jury of twelve persons and five alternates were duly impaneled and sworn. After hearing the evidence and arguments of counsel and after being duly instructed by the Court and the cause submitted to the jury, the jury deliberated and duly returned the special verdict attached here as Exhibit "A."

By reason of these special verdicts:

IT IS ADJUDGED, ORDERED AND DECREED that judgment is entered as follows:

1. In favor of Cross-Complainant DAVID PEREZ and against Cross-Defendant CARSON MADRONA COMPANY, LLC, severally, in the amount of $10,250,000, together with any costs recoverable as a prevailing party by statute, in an amount to be claimed in a memorandum of costs to be filed in this court, plus interest accruing at 10% per annum from the date of this judgment, pursuant to Code of Civil Procedure section 685.010.

2. In favor of Cross-Complainant DAVID PEREZ and against Cross-Defendant JAMES L. KRASNE, TRUSTEE OF THE GUILFORD GLAZER TRUST OF 1984 dba SANOAK MANAGEMENT COMPANY and SURVIVING TRUSTEE OF THE DIANE PREGERSON GLAZER SURVIVOR'S TRUST dba SANOAK MANAGEMENT COMPANY (named in the special verdict

1  form as "James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak
2  Management Company"), severally, in the amount of $10,250,000, together with any costs
3  recoverable as a prevailing party by statute, in an amount to be claimed in a memorandum of costs
4  to be filed in this court, plus interest accruing at 10% per annum from the date of this judgment,
5  pursuant to Code of Civil Procedure section 685.010.

6  3. In favor of Cross-Complainant DONNA PEREZ and against Cross-Defendant CARSON
7  MADRONA COMPANY, LLC, severally, in the amount of $2,500,000, together with any costs
8  recoverable as a prevailing party by statute, in an amount to be claimed in a memorandum of costs
9  to be filed in this court, plus interest accruing at 10% per annum from the date of this judgment,
10  pursuant to Code of Civil Procedure section 685.010.

11  4. In favor of Cross-Complainant DONNA PEREZ and against Cross-Defendant JAMES L.
12  KRASNE, TRUSTEE OF THE GUILFORD GLAZER TRUST OF 1984 dba SANOAK
13  MANAGEMENT COMPANY and SURVIVING TRUSTEE OF THE DIANE PREGERSON
14  GLAZER SURVIVOR'S TRUST dba SANOAK MANAGEMENT COMPANY (named in the
15  special verdict form as "James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust
16  dba SanOak Management Company"), severally, in the amount of $2,500,000, together with any
17  costs recoverable as a prevailing party by statute, in an amount to be claimed in a memorandum of
18  costs to be filed in this court, plus interest accruing at 10% per annum from the date of this
19  judgment, pursuant to Code of Civil Procedure section 685.010.

20  5. In favor of Cross-Defendant JEREMY BLANCHARD and against Cross-Complainants DAVID
21  PEREZ and DONNA PEREZ, who shall take nothing from Cross-Defendant JEREMY
22  BLANCHARD on their cross-complaint, together with any costs recoverable by JEREMY
23  BLANCHARD as a prevailing party by statute, in an amount to be claimed in a memorandum of
24  costs to be filed in this court.

25  6. In favor of Cross-Defendant STONELEDGE FURNITURE LLC (named in the special verdict form
26  as "Stoneledge Furniture, LLC dba Ashley Furniture Homestore") and against Cross-Complainants
27  DAVID PEREZ and DONNA PEREZ, who shall take nothing from Cross-Defendant

STONELEDGE FURNITURE LLC (named in the special verdict form as "Stoneledge Furniture, LLC dba Ashley Furniture Homestore") on their cross-complaint, together with any costs recoverable by STONELEDGE FURNITURE LLC (named in the special verdict form as "Stoneledge Furniture, LLC dba Ashley Furniture Homestore") as a prevailing party by statute, in an amount to be claimed in a memorandum of costs to be filed in this court.

7. In favor of Cross-Defendant DAVID PEREZ against Cross-Complainants CARSON MADRONA COMPANY, LLC, and JAMES L. KRASNE, AS TRUSTEE OF THE GUILFORD GLAZER TRUST OF 1984 DBA SAN OAK MANAGEMENT COMPANY, and THE DIANE PREGERSON GLAZER SURVIVOR'S TRUST, who shall take nothing from Cross-Defendant DAVID PEREZ on their cross-complaint, together with any costs recoverable by DAVID PEREZ as a prevailing party by statute, in an amount to be claimed in a memorandum of costs to be filed in this court.

08/07/2023

DATED: July ___, 2023                    By: _____
                                              Hon. Jeffrey S. Brand
                                              Judge of the Superior Court of California
                                              County of Alameda

                                              Jeffrey Brand / Judge

# EXHIBIT A

ACE004924

```
                                           FILED
                                       ALAMEDA COUNTY

                                         JUL 1 0 2023

                                    CLERK OF THE SUPERIOR COURT
                                    By_____
                                                         Deputy
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| GARY MOUNTAIN and SUSAN MOUNTAIN, <br><br> Plaintiffs, <br><br> vs. <br><br> DP ELECTRIC, et al., <br><br> Defendants. <br> _____ / <br><br> DAVID LUIS PEREZ AND DONNA PEREZ, <br><br> Cross-Complainants, <br><br> vs. <br><br> CARSON MADRONA COMPANY, LLC, et al., <br><br> Cross-Defendants. <br> _____ / <br><br> AND RELATED CROSS-ACTIONS <br> _____ / | **CASE NO.: RG 17857926** <br><br> ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JEFFREY S. BRAND DEPARTMENT 22 <br><br> **SPECIAL VERDICT FORM** <br><br> Complaint Filed: April 24, 2017 <br> Trial Date: May 8, 2023 |

**SPECIAL VERDICT FORM**

We, the jury, answer the questions submitted to us as follows:

1. Was Carson Madrona Company, LLC negligent?

   _____√_____ Yes _____ No

- 1 -

SPECIAL VERDICT FORM
Case No.: RG 17857926

ACE004925

1   If your answer to Question **1** is "yes," then answer Question **2**. If your answer to Question **1** is "no,"
2   insert the number zero next to Carson Madrona Company, LLC's name in Question **11**, and answer
    Question **3**.
3
4     2.  **Was Carson Madrona Company, LLC's negligence a substantial factor in causing harm to**
5         **David Perez?**
6                    **√       Yes _____ No**
7
8     3.  Was James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak
          Management Company negligent?
9
10                 ____√____ Yes _____ No
11
12  If your answer to Question **3** is "yes," then answer Question **4**. If your answer to Question **3** is "no,"
    insert the number zero next to James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust
13  dba SanOak Management Company name in Question **11**, and answer Question **5**.
14
15    4.  Was James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak
          Management Company's negligence a substantial factor in causing harm to David Perez?
16
17                 ____√____ Yes _____ No
18    5.  Was Jeremy Blanchard negligent?
19
20                 _____ Yes ____√____ No
21
22  If your answer to Question **5** is "yes," then answer Question **6**. If your answer to Question **5** is "no,"
    insert the number zero next to Jeremy Blanchard's name in Question **11**, and answer Question **7**.
23
24    6.  Was Jeremy Blanchard's negligence a substantial factor in causing harm to David Perez?
25                 _____ Yes _____ No
26
27
                                          - 2 -
28
    SPECIAL VERDICT FORM
    Case No.: RG 17857926

ACE004926

7. Was Stoneledge Furniture, LLC dba Ashley Furniture Homestore negligent?

_____√_____ Yes _____ No

If your answer to Question **7** is "yes," then answer Question **8**. If your answer to Question **7** is "no," insert the number zero next to Stoneledge Furniture, LLC dba Ashley Furniture Homestore's name in Question **11**, and answer Question **9**.

8. Was Stoneledge Furniture, LLC dba Ashley Furniture Homestore's negligence a substantial factor in causing harm to David Perez?

_____ Yes ____√_____ No

9. Was David Perez Negligent?

_____ Yes _____√____ No

If your answer to Question **9** is "yes," then answer Question **10**. If your answer to Question **9** is "no," insert the number zero next to David Perez's name in Question **11** and skip Question **10**.

10. Was David Perez's negligence a substantial factor in causing his own harm?

_____ Yes _____ No

If you answered "yes" to any of the above Questions **2, 4, 6, or 8**, then answer Questions **11** and **12**. Otherwise, answer no further questions, and have the presiding juror sign and date this form.

11. What percentage of responsibility for David Perez's harm do you assign to the following? Insert a percentage only for those who received a "yes" answer in Questions **1, 3, 5, 7, or 9**.

| | | |
|---|---|---|
| Carson Madrona Company, LLC | ____50____ | % (LL) |
| James L. Krasne, Trustee of the Diane Pregerson Glazer Survivor's Trust dba SanOak Management Company | ____50____ | % (LL) |
| Jeremy Blanchard | ____0____ | % |
| Stoneledge Furniture, LLC dba Ashley Furniture Homestore | ____0____ | % (LL) |
| David Perez | ____0____ | % |
| | Total 100% | |

- 3 -

SPECIAL VERDICT FORM
Case No.: RG 17857926

ACE004927

12. What are David Perez's damages?

Do not reduce the damages based on the fault, if any, of David Perez or others.

    a. Past Noneconomic Damages    $7,000,000

    b. Future Noneconomic Damages   $13,500,000

TOTAL (ALL DAMAGES) FOR DAVID PEREZ   $20,500,000

13. What are Donna Perez's damages for the loss of her husband David's consortium?

                    $5,000,000

Dated: _July 10, 2023_____  /Laura Leibowitz
                    SIGNATURE OF FOREPERSON

                    _Laura Leibowitz_____
                    FOREPERSON (Print name)

- 4 -

SPECIAL VERDICT FORM
Case No.: RG 17857926

ACE004928