JOINT_INDEX 00464

# EXHIBIT 18

ACORD®  **CERTIFICATE OF LIABILITY INSURANCE**  DATE(MM/DD/YYYY)
04/06/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | | |
|---|---|---|---|
| Aon Risk Services Central, Inc.<br>Minneapolis MN Office<br>5600 West 83rd Street<br>8200 Tower, Suite 1100<br>Minneapolis MN 55437 USA | PHONE (A/C, No, Ext): (866) 283-7122 | | FAX (A/C, No.): (800) 363-0105 |
| | E-MAIL ADDRESS: | | |
| | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| INSURED<br>Stoneledge Furniture LLC<br>1 Ashley Way<br>Arcadia WI 54612-1217 USA | INSURER A: Twin City Fire Insurance Company | | 29459 |
| | INSURER B: Trumbull Insurance Company | | 27120 |
| | INSURER C: Hartford Fire Insurance Co. | | 19682 |
| | INSURER D: | | |
| | INSURER E: | | |
| | INSURER F: | | |

**COVERAGES**    CERTIFICATE NUMBER: 570061730783    REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.    Limits shown are as requested

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| C | **COMMERCIAL GENERAL LIABILITY** X | | | 41CSES30502 | 01/01/2016 | 01/01/2017 | EACH OCCURRENCE | $2,000,000 |
| | CLAIMS-MADE X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $2,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $2,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $4,000,000 |
| | POLICY PRO-JECT X LOC OTHER: | | | | | | PRODUCTS - COMP/OP AGG | $4,000,000 |
| C | **AUTOMOBILE LIABILITY** | | | 41 CSE S30503 | 01/01/2016 | 01/01/2017 | COMBINED SINGLE LIMIT (Ea accident) | $3,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | |
| | OWNED AUTOS ONLY SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | |
| | X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | |
| | **UMBRELLA LIAB** OCCUR | | | | | | EACH OCCURRENCE | |
| | **EXCESS LIAB** CLAIMS-MADE | | | | | | AGGREGATE | |
| | DED RETENTION | | | | | | | |
| A | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N | | | 41WBRS30501 WI | 01/01/2016 | 01/01/2017 | X PER STATUTE OTH-ER | |
| B | ANY PROPRIETOR / PARTNER / EXECUTIVE OFFICER/MEMBER EXCLUDED? N N/A (Mandatory in NH) | | | 41WNS30500 | 01/01/2016 | 01/01/2017 | E.L. EACH ACCIDENT | $1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE-EA EMPLOYEE | $1,000,000 |
| | | | | | | | E.L. DISEASE-POLICY LIMIT | $1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Carson Madrona Company LLC, a California limited liability company is included as Additional Insured in accordance with the policy provisions of the General Liability policy. General Liability policy evidenced herein is Primary and Non-Contributory to other insurance available to Additional Insured, but only in accordance with the policy's provisions.

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Carson Madrona Company LLC<br>a California Limited Liability Company<br>9440 Santa Monica Blvd., Ste. 610<br>Beverly Hills CA 90210 USA | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*Aon Risk Services Central Inc.* |

©1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

**Ohio Security-American Fire 00185**